UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSEF MAYELI,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN,<br>Defendant. | No. 2:26-cv-06219-FMO-AYP<br><br>**ORDER GRANTING STIPULATION [12]** |

Pursuant to the Stipulation filed by the parties and the supporting Declaration of Haena Lee, and for good cause shown,

IT IS ORDERED that the time for Defendant to answer, move, or otherwise respond to the Complaint shall be extended to October 12, 2026.

Dated: September 14, 2026

/s/

HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE